IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FILED'10 JUN 23 15:51 USDC-ORP

| | |
|---|---|
| CORY J TAYLOR, | CV# 09-560-MO |
| Plaintiff, | |
| v. | ORDER FOR STIPULATED FEES, COSTS AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4061.45 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff will be awarded $9.00 in costs and $23.38 in expenses pursuant to 28 U.S.C. §§ 1920, 2412(d)(2). The court directs Defendant to issue checks payable to Plaintiff's attorneys.

DATED this 21 day of June, 2010.

_____
United States District Judge

Presented by:
Kimberly K. Tucker
Swanson, Thomas & Coon
Of Attorneys for Plaintiff